# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SILVIA BARROSO,** | : | |
|     **Plaintiff** | : | No. 1:18-cv-01889 |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **DENTSPLY SIRONA INC., et al.,** | : | |
|     **Defendants** | : | |

## ORDER

**AND NOW**, on this 25th day of January 2019, upon notification that the parties have reached settlement in the above-captioned action (Doc. No. 5), **IT IS ORDERED THAT** the above-captioned action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if settlement is not consummated.  The Clerk of Court is directed to **CLOSE** this case.

 

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania